**Motion GRANTED and Order filed April 18, 2019.**



In The

# Fourteenth Court of Appeals

————————

## NO.  14-19-00267-CV

————————

## IN RE KOSMOS ENERGY SAO TOME AND PRINCIPE, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-71987**

---

## ORDER

On April 9, 2019, relator Kosmos Energy Sao Tome and Principe, filed an unopposed motion, asking this court for leave to withdraw its original mandamus record and replace it with the amended mandamus record filed with the motion as Exhibit A. The original mandamus record contains no redactions and the amended mandamus record contains documents with redactions.

We grant such motion and **ORDER** the original mandamus record to be withdrawn and replaced with the amended mandamus record.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Wise and Zimmerer.

(Chief Justice Frost would deny the motion because the amended mandamus record contains documents with redactions; relator has not shown that the documents reviewed by the trial court were similarly redacted and in considering the request for mandamus relief, this court must review the same evidence the trial court considered.).